**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Alicia A. Gerstlauer aka Alicia Wolf<br>Debtor | CHAPTER 13<br><br>BKY. NO. 16-17245 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf Select Portfolio Servicing as Servicer for U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series 2004-HE2, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9037

                                       Respectfully submitted,

                                       **/s/ Joshua I. Goldman, Esquire**
                                       Joshua I. Goldman, Esquire
                                       jgoldman@kmllawgroup.com
                                       Attorney I.D. No. 205047
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106
                                       Phone: 215-825-6306
                                       Fax: 215-825-6406
                                       Attorney for Movant/Applicant