# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-17245-MDC

ALICIA A. GERSTLAUER

219 Hillcrest Ave.

Croydon, PA 19021

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ALICIA A. GERSTLAUER

    219 Hillcrest Ave.

    Croydon, PA 19021

Counsel for debtor(s), by electronic notice only.

    JON M ADELSTEIN ESQ
    PENN'S COURT
    350 S MAIN ST - SUITE 105
    DOYLESTOWN, PA 18901-

Date: 12/27/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee