# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 16-17245-MDC

ALICIA A. GERSTLAUER

219 Hillcrest Ave.

Croydon, PA 19021

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ALICIA A. GERSTLAUER

    219 Hillcrest Ave.

    Croydon, PA 19021

**Counsel for debtor(s), by electronic notice only.**
    JON M ADELSTEIN ESQ
    PENN'S COURT
    350 S MAIN ST - SUITE 105
    DOYLESTOWN, PA 18901-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 1/5/2017

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee