United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Alicia A. Gerstlauer  
    Debtor

Case No. 16-17245-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Mar 02, 2018  
                Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2018.
db          +Alicia A. Gerstlauer,    219 Hillcrest Ave.,    Croydon, PA 19021-5422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2018 at the address(es) listed below:
         JON M. ADELSTEIN    on behalf of Debtor Alicia A. Gerstlauer jadelstein@adelsteinkaliner.com,
          jsbamford@adelsteinkaliner.com
         JON M. ADELSTEIN    on behalf of Plaintiff Alicia A. Gerstlauer jadelstein@adelsteinkaliner.com,
          jsbamford@adelsteinkaliner.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank, National Association, as Trustee for
          the Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series
          2004-HE2 bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
          Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series 2004-HE2
          KMcDonald@blankrome.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, National Association, as Trustee for
          the Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series
          2004-HE2 bkgroup@kmllawgroup.com
         THOMAS I. PULEO    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
          Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series 2004-HE2
          tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                        TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Alicia A. Gerstlauer
        Debtor(s)                                    Chapter: 13

                                                             Bankruptcy No: 16−17245−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 1, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                  Magdeline D. Coleman
                                                                  Judge ,
                                                                  United States Bankruptcy Court