## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:  **ALICIA A. GERSTLAUER**                :        **BKY NO. 16-17245**

      **DEBTOR**                          :        **CHAPTER 13**

## CERTIFICATE OF NO RESPONSE

I, Jon M. Adelstein, Esquire, hereby certifies that I have received no

response to the Application for Compensation and Reimbursement of Expenses within

the time limits set forth in the Notice.

/s/Jon M. Adelstein
Jon M. Adelstein, Esquire
**Adelstein & Kaliner, LLC**
350 S. Main Street, Suite 105
Doylestown, Pa. 18901