# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Alicia A. Gerstlauer aka Alicia Wolf
                Debtor

U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series 2004-HE2
          v.
Alicia A. Gerstlauer aka Alicia Wolf
                Debtor
John M. Gerstlauer
                Co-Debtor

and William C. Miller Esq.
                Trustee

Chapter 13

NO. 16-17245 MDC

## **ORDER**

AND NOW, this  29th  day of  August , 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on January 23, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series 2004-HE2 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 219 Hillcrest Avenue Croydon, PA 19021.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

cc: See attached service list

Alicia A. Gerstlauer aka Alicia Wolf
219 Hillcrest Avenue
Croydon, PA 19021

John M. Gerstlauer
219 Hillcrest Avenue
Croydon, PA 19021

William C. Miller Esq.
PO Box 1229
Philadelphia, PA 19105

Jon M. Adelstein Esq.
350 South Main Street (VIA ECF)
Suite 105
Doylestown, PA 18901

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532