United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-17245-mdc
Alicia A. Gerstlauer                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi           Page 1 of 1             Date Rcvd: Aug 29, 2019
                          Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
db              +Alicia A. Gerstlauer,    219 Hillcrest Ave.,    Croydon, PA 19021-5422
13807435        +John Gertslauer,    219 Hillcrest Ave.,    Croydon, PA 19021-5422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2019 at the address(es) listed below:
        JON M. ADELSTEIN    on behalf of Plaintiff Alicia A. Gerstlauer jadelstein@adelsteinkaliner.com,
         jsbamford@adelsteinkaliner.com
        JON M. ADELSTEIN    on behalf of Debtor Alicia A. Gerstlauer jadelstein@adelsteinkaliner.com,
         jsbamford@adelsteinkaliner.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank, National Association, as Trustee for
         the Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series
         2004-HE2 bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
         Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series 2004-HE2
         bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, National Association, as Trustee for
         the Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series
         2004-HE2 bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
         Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series 2004-HE2
         bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
         Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series 2004-HE2
         tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                         TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Alicia A. Gerstlauer aka Alicia Wolf<br>　　　　　Debtor<br><br>U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series 2004-HE2<br>　　　　　v.<br>Alicia A. Gerstlauer aka Alicia Wolf<br>　　　　　Debtor<br>John M. Gerstlauer<br>　　　　　Co-Debtor<br><br>and William C. Miller Esq.<br>　　　　　Trustee | Chapter 13<br><br>NO. 16-17245 MDC |

**ORDER**

AND NOW, this  29th  day of  August , 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on January 23, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series 2004-HE2 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 219 Hillcrest Avenue Croydon, PA 19021.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

cc: See attached service list

Alicia A. Gerstlauer aka Alicia Wolf
219 Hillcrest Avenue
Croydon, PA 19021

John M. Gerstlauer
219 Hillcrest Avenue
Croydon, PA 19021

William C. Miller Esq.
PO Box 1229
Philadelphia, PA 19105

Jon M. Adelstein Esq.
350 South Main Street (VIA ECF)
Suite 105
Doylestown, PA 18901

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532