UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ALICIA A. GERSTLAUER

: BKY. NO. 16-17245
:
DEBTOR : CHAPTER 13

### CERTIFICATE OF NO RESPONSE

Jon M. Adelstein, Esquire, Counsel for Debtor, hereby certifies that he has not been served with any objections to the *Debtors' Motion to Modify Confirmed Plan within the time limits set forth in the Notice of Motion, Response Deadline and Hearing Date.*

/s/Jon M. Adelstein
Jon M. Adelstein, Esq.
**Adelstein & Kaliner, LLC**
350 S. Main Street – Suite 105
Doylestown, PA 18901
(215) 230-4250