IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ALICIA A. GERSTLAUER  :  CHAPTER 13

   DEBTOR  :  BANKRUPTCY NO. 16-17245

PRAECIPE

TO THE CLERK:

 Kindly mark as withdrawn the 3rd, 4th and 5th Amended (Modified) Plans at Document Nos. 75, 78 And 82, respectively.

     /s/Jon M. Adelstein
     Jon M. Adelstein, Esquire