**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ALICIA A. GERSTLAUER

: BKY. NO. 16-17245
:
DEBTOR : CHAPTER 13

## ORDER

AND NOW, this __13th__ day of __May__, 2020, upon consideration of the Debtor's Motion to Modify Confirmed Plan, and after Notice and an opportunity to be heard;

It is hereby ORDERED AND DECREED that the Motion is granted and the Debtor is granted leave to file an Amended Plan consistent with the Motion thereby providing for payment in the amount of $50.00 per month for 22 months, nunc pro tunc, for the remainder of the Plan.

_____
Magdeline D. Coleman
Chief Bankruptcy Judge