United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Alicia A. Gerstlauer  
    Debtor

Case No. 16-17245-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: May 13, 2020  
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2020.
```
db             +Alicia A. Gerstlauer,    219 Hillcrest Ave.,    Croydon, PA 19021-5422
13807436       +KML Law Group< PC,    Suite 5000,   Mellon Independence,    701 Market Street,
                 Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2020 at the address(es) listed below:
```
              JON M. ADELSTEIN    on behalf of Plaintiff Alicia A. Gerstlauer jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Debtor Alicia A. Gerstlauer jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank, National Association, as Trustee for
               the Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series
               2004-HE2 bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank, National Association, as Trustee for the
               Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series 2004-HE2
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank, National Association, as Trustee for
               the Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series
               2004-HE2 bkgroup@kmllawgroup.com
              MICHAEL H KALINER    on behalf of Debtor Alicia A. Gerstlauer mhkaliner@gmail.com,
               pa35@ecfcbis.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank, National Association, as Trustee for the
               Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series 2004-HE2
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   U.S. Bank, National Association, as Trustee for the
               Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series 2004-HE2
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ALICIA A. GERSTLAUER

: BKY. NO. 16-17245
:
DEBTOR : CHAPTER 13

### ORDER

AND NOW, this __13th__ day of __May__, 2020, upon consideration of the Debtor's Motion to Modify Confirmed Plan, and after Notice and an opportunity to be heard;

It is hereby ORDERED AND DECREED that the Motion is granted and the Debtor is granted leave to file an Amended Plan consistent with the Motion thereby providing for payment in the amount of $50.00 per month for 22 months, nunc pro tunc, for the remainder of the Plan.

_____
Magdeline D. Coleman
Chief Bankruptcy Judge