# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-17245-MDC

ALICIA A. GERSTLAUER

219 HILLCREST AVE.

CROYDON, PA 19021

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ALICIA A. GERSTLAUER

    219 HILLCREST AVE.

    CROYDON, PA 19021

Counsel for debtor(s), by electronic notice only.

    JON M ADELSTEIN ESQ
    3993 HUNTINGDON PIKE
    SUITE 210
    HUNTINGDON VALLEY, PA 19006-

Date: 6/24/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee