Certificate Number: 01141-PAE-DE-034665437

Bankruptcy Case Number: 16-17245



01141-PAE-DE-034665437

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 14, 2020, at 4:31 o'clock PM EDT, Alicia Ann Gerstlauer completed a course on personal financial management given by internet by American Consumer Credit Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 14, 2020          By:    /s/Jennifer Papa

                             Name:  Jennifer Papa

                             Title: Credit Counselor