Certificate Number: 01141-PAE-DE-034665437

Bankruptcy Case Number: 16-17245



01141-PAE-DE-034665437

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 14, 2020</u>, at <u>4:31</u> o'clock <u>PM EDT</u>, <u>Alicia Ann Gerstlauer</u> completed a course on personal financial management given <u>by internet</u> by <u>American Consumer Credit Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>July 14, 2020</u>           By:    <u>/s/Jennifer Papa</u>

Name:  <u>Jennifer Papa</u>

Title:  <u>Credit Counselor</u>