United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                  Case No. 16-17245-mdc
Alicia A. Gerstlauer                                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                        Page 1 of 2
Date Rcvd: Feb 03, 2022                  Form ID: 195                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

**Recip ID**           **Recipient Name and Address**
db                   +    Alicia A. Gerstlauer, 219 Hillcrest Ave., Croydon, PA 19021-5422

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2022                            Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:**

**Name**                         **Email Address**

JON M. ADELSTEIN
                            on behalf of Plaintiff Alicia A. Gerstlauer jadelstein@adelsteinkaliner.com  jsbamford@adelsteinkaliner.com

JON M. ADELSTEIN
                            on behalf of Debtor Alicia A. Gerstlauer jadelstein@adelsteinkaliner.com  jsbamford@adelsteinkaliner.com

JOSHUA I. GOLDMAN
                            on behalf of Creditor U.S. Bank  National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series 2004-HE2 Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KENNETH E. WEST
                            ecfemails@ph13trustee.com

KEVIN G. MCDONALD
                            on behalf of Creditor U.S. Bank  National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series 2004-HE2 bkgroup@kmllawgroup.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 03, 2022 | Form ID: 195 | Total Noticed: 1

MATTEO SAMUEL WEINER
    on behalf of Creditor U.S. Bank National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series 2004-HE2 bkgroup@kmllawgroup.com

MICHAEL H KALINER
    on behalf of Debtor Alicia A. Gerstlauer mhkaliner@gmail.com pa35@ecfcbis.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series 2004-HE2 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS I. PULEO
    on behalf of Creditor U.S. Bank National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series 2004-HE2 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                     : Chapter 13

Alicia A. Gerstlauer                                                      : Case No. 16−17245−mdc
      Debtor(s)

### ORDER
_____

AND NOW, this day , February 3, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

105
Form 195